UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MARSHALL ADVERTISING, INC.,

     Plaintiff,

v.                                 CASE NO. 8:22-cv-1585-JSM-TGW

LAUREN A. RIDGLEY, SARAH
WILLIAMS, and LEFT HAND AGENCY, LLC,

     Defendants.

_____/

## O R D E R

THIS CAUSE came on to be heard upon the Motion to Compel Better Responses to Defendant Ridgley's First Request for Production (Doc. 29), Motion to Compel Plaintiff Marshall Advertising to Allow Service of Subpoenas to Plaintiff's Owners (Jennifer and Kevin Marshall) and to Overrule Plaintiff's Objections Thereto (Doc. 30), and Motion to Compel Sufficiency of Certain Responses to Her Second Request for Admissions and to Either Compel Better Responses or to Deem Them Admitted (Doc. 31). An in-person hearing was held on the matter on June 22, 2023.

For the reasons discussed at the hearing, the Motion to Compel Better Responses to Defendant Ridgley's First Request for Production (Doc.

29) will be granted in part and denied in part, in the manner set forth below.

As for the Motion to Compel Plaintiff Marshall Advertising to Allow Service of Subpoenas to Plaintiff's Owners (Jennifer and Kevin Marshall) and to Overrule Plaintiff's Objections Thereto (Doc. 30), it is questionable whether there was adequate conferral. Regardless, the plaintiff has represented that any requests for production served on the plaintiff company will be treated by the individual owners as if it had been served upon them. Thus, the motion will be denied and the plaintiff indicates that the production will be honored accordingly.

Lastly, the Motion to Compel Sufficiency of Certain Responses to Her Second Request for Admissions and to Either Compel Better Responses or to Deem Them Admitted (Doc. 31) will be denied.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Compel Plaintiff Marshall Advertising to Allow Service of Subpoenas to Plaintiff's Owners (Jennifer and Kevin Marshall) and to Overrule Plaintiff's Objections Thereto (Doc. 30) and Motion to Compel Sufficiency of Certain Responses to Her Second Request for Admissions and to Either Compel Better Responses or to Deem Them Admitted (Doc. 31) be, and the same are hereby, **DENIED**. Further, the

2

Motion to Compel Better Responses to Defendant Ridgley's First Request for Production (Doc. 29) is:

1. **GRANTED** with respect to Request for Production No. 26. Thus, if the plaintiff's answer is that it has produced everything in its possession, it shall amend its response to state this. The plaintiff shall provide its response within 7 days of the date of this order.

2. **DENIED** with respect to Request for Production No. 35.

3. **GRANTED** with respect to Requestion for Production No. 60 to the extent that the search will be conducted for up to 7 days after the telephone call. The plaintiff shall produce this information within 7 days of the date of this order.

4. **DENIED** with respect to Request for Production No. 76.

5. **DENIED** with respect to Request for Production No. 77.

6. **DENIED** with respect to Request for Production No. 105.

7. **DENIED** with respect to Request for Production No. 106.

DONE and ORDERED at Tampa, Florida, this 22nd day of June, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

3